UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                    :
KIRAN VUPPALA                                                       :
                                                                    :
                                        Plaintiff,                  :
                                                                    :        17-CV-8402 (JPC)
                -v-                                                  :
                                                                    :        ORDER
BENSUSAN  RESTAURANT  CORP.  and  131  WEST :
3RD STREET INC.,                                                    :
                                                                    :
                                        Defendants.                 :
                                                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        This case began more than three years ago, with no activity from the parties between

December 14, 2017 and March 20, 2020.  On October 5, 2020, following a September 15, 2020

status conference before the Honorable Ona T. Wang, the parties requested referral to the Court-

annexed Mediation Program.  (Dkt. 21.)  On October 6, 2020, Judge Wang referred this case for

mediation.  (Dkt. 22.)  According to the docket, a mediation conference was held on December 14,

2020.

        Within one week of the filing of this Order, the parties shall submit a joint letter, addressed

to Judges Wang and Cronan, updating the Court on the status of mediation and this case generally.

        SO ORDERED.

Dated: January 14, 2021                         _____
        New York, New York                              JOHN P. CRONAN
                                                        United States District Judge